ACCEPTED
04-14-00899-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/31/2015 10:51:14 AM
KEITH HOTTLE
CLERK

# GARCIA & VILLARREAL, PLLC
## A t t o r n e y s  a t  L a w

_____

**Francisco R. Villarreal**
panchov@gvlaw.net

4311 N. McColl Rd.
McAllen, Texas 78504

Telephone: 956-630-0081
Facsimile 956-630-3631

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
08/31/2015 10:51:14 AM
KEITH E. HOTTLE
Clerk

August 31, 2015

Hon. Keith E. Hottle
**Clerk, Fourth Court of Appeals**
Cadena-Reeves Justice Center
300 Dolorosa, Suite 200
San Antonio, Texas 78205-3037

*Via Electronic Submission*

      Re:    Cause No. 04-14-00899-CV
*Laura Leticia Zepeda Vasquez, Individually and on behalf of The Estate of Jose Abraham Vasquez, Jr. v. Legend Natural Gas III L.P., et al.*

Dear Mr. Hottle:

Counsel for appellee, XTO Energy, Inc. will not present oral argument on September 15, 2015. We have agreed to yield oral argument time to other appellees. XTO Energy, Inc. continues to rely upon all of the arguments submitted to this Court by the other appellee parties in favor of affirming the final judgment of the trial court. *See* TEX.R.APP.P. 9.7.

Respectfully submitted,

/s/ *Francisco R. Villarreal*
Jose E. Garcia
State Bar No. 07636780
Francisco Rene Villarreal
State Bar No. 00789706
**GARCIA & VILLARREAL, PLLC**
4311 North McColl Road
McAllen, Texas 78502
956-630-0081
956-630-3631 Facsimile
panchov@gvlaw.net

*Attorneys for Appellee, XTO Energy, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true copy of this document was served via the e-filing system (if the individual was registered for service) and as shown below on August 31, 2015.

Jeffrey L. Dorrell
**HANSZEN LAPORTE, L.L.P.**
11767 Katy Fwy., Ste. 850
Houston, TX 77079
Email: jdorrell@hanszenlaporte.com

Isaac J. Huron
**DAVIS CEDILLO &
MENDOZA, INC.**
McCombs Plaza, Suite 500
755 E. Mulberry Ave.
San Antonio, Texas 78212
Email: ihuron@lawdcm.com

David L. Ortega
Richard McNitzky
**NAMAN HOWELL
SMITH & LEE, PLLC**
Union Square II
10001 Reunion Place, Suite #600
San Antonio, Texas 78216
Email: dortega@namanhowell.com
          rmcnitzky@namanhowell.com

William A. Abernethy
**DONNELL ABERNETHY
& KIESCHNICK, P.C.**
555 N. Carancahua, Ste. 1700
Corpus Christi, Texas 78401-0583
Email: babernathy@dakpc.com

E. Michael Rodriguez
**ATLAS HALL &
RODRIGUEZ, L.L.P.**
PO Box 6369
50 W. Morrison Rd., Ste. A
Brownsville, Texas 78523-6369
Email: mrodriguez@atlashall.com

Brian Miller
**VICKERY & WILLIAMS, L.L.P.**
Frost Bank Plaza, Suite 1300
802 N. Carancahua St.
Corpus Christi, Texas 78401
Email: brian.miller@roystonlaw.com

*/s/ F.R.Villarreal*
Francisco R. Villarreal

2